UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

WILLIAM CRUMP, JR.,

    Plaintiff,

v.                                                       Case No. 2:06-cv-266
                                                         HON. ROBERT HOLMES BELL

THOMAS PERTTU, et al.,

    Defendants.
_____/

## OPINION AND ORDER APPROVING MAGISTRATE JUDGE'S

## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. The Court has received objections and a motion for immediate consideration from the plaintiff. In accordance with 28 U.S.C. § 636(b)(1), the Court has performed *de novo* consideration of those portions of the Report and Recommendation to which objection has been made. The Court now finds the objections to be without merit.

Plaintiff objects to the recommendation that his request for injunctive relief be denied. Contrary to plaintiff's assertions, plaintiff is not entitled to the extraordinary relief of a temporary restraining order and a preliminary injunction.

THEREFORE, IT IS ORDERED that the Report and Recommendation of the Magistrate Judge is approved and adopted as the opinion of the court.

IT IS FURTHER ORDERED that plaintiff's motion for a temporary restraining order and preliminary injunction (Docket #3), motion to temporarily waive the burden of proving exhaustion (Docket #2), and motion for immediate consideration (Docket #54) are DENIED.


Date:     August 20, 2007             /s/ Robert Holmes Bell
                                      ROBERT HOLMES BELL
                                      CHIEF UNITED STATES DISTRICT JUDGE