UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

WILLIAM CRUMP, JR.,

    Plaintiff,

v.                                            Case No. 2:06-cv-266
                                                HON. ROBERT HOLMES BELL

THOMAS PERTTU, et al.,

    Defendants.

_____/

## OPINION AND ORDER ADOPTING MAGISTRATE JUDGE'S

## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge on February 13, 2008. The Report and Recommendation was duly served on the parties. The Court received objections from the Plaintiff. In accordance with 28 U.S.C. § 636(b)(1), the Court has performed *de novo* consideration of those portions of the Report and Recommendation to which objection has been made. In his objections, Plaintiff merely reasserts claims he made in prior pleadings. For the reasons set forth in the Report and Recommendation, the Court now finds the objections to be without merit.

THEREFORE, IT IS ORDERED that the Report and Recommendation of the Magistrate Judge (docket #86) is approved and adopted as the opinion of the court.

IT IS FURTHER ORDERED that Defendants' motions for summary judgment (docket #21 and #75) are GRANTED in part, dismissing Defendants Perttu, Smith, Huhta, McQuiggin, Lesatz and McClellan with prejudice, and Defendants Perry, VanAbel, Martti, Erkkila, and Dingeldey without prejudice for failure to exhaust administrative remedies.

FINALLY, IT IS ORDERED that Plaintiff's motion to be transferred to a new facility (docket #73) is DENIED.

Date:    March 7, 2008                    /s/ Robert Holmes Bell
                                          ROBERT HOLMES BELL
                                          CHIEF UNITED STATES DISTRICT JUDGE