UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

WILLIAM CRUMP, JR.,

      Plaintiff,

v.                                Case No. 2:06-cv-266
                                  HON. ROBERT HOLMES BELL

THOMAS PERTTU, et al.,

      Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. On April 29, 2009, this Court issued an Order Rejecting Magistrate Judge's Report and Recommendation. Plaintiff's copy of the order was returned to this Court as undeliverable, indicating that plaintiff had been discharged from incarceration and had left no forwarding address. Because plaintiff has failed to keep this Court apprised of his current address, I recommend that defendants' motion to dismiss (Docket #117) be granted and plaintiff's complaint be dismissed in its entirety, pursuant to Fed. R. Civ. P. 41(b), for failure to prosecute.

NOTICE TO PARTIES: Objections to this Report and Recommendation must be served on opposing parties and filed with the Clerk of the Court within ten days of receipt of this Report and Recommendation. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); W.D. Mich. LCivR 72.3. Failure to file timely objections constitutes a waiver of any further right to appeal. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). *See also Thomas v. Arn*, 474 U.S. 140 (1985).

                                          /s/ Timothy P. Greeley
                                          TIMOTHY P. GREELEY
                                          UNITED STATES MAGISTRATE JUDGE

Dated: May 15, 2009