UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

WILLIAM CRUMP, JR.,

    Plaintiff,

v.                                                    Case No. 2:06-cv-266
                                                    HON. ROBERT HOLMES BELL

THOMAS PERTTU, et al.,

    Defendants.
_____/

**REPORT AND RECOMMENDATION**

Plaintiff filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. On May 15, 2009, the undersigned issued a Report and Recommendation recommending that plaintiff's complaint be dismissed for plaintiff's failure to keep this Court apprised of his current address. Thereafter, it was determined that plaintiff had provided this Court with his new address in his objections filed February 20, 2009 (Docket #114). Accordingly, the undersigned issued an order withdrawing the Report and Recommendation.

Plaintiff's copies of the Report and Recommendation and the order withdrawing were mailed to the new address provided by plaintiff. Those pleadings were returned to this Court on May 18, 2009, indicating "Not Deliverable As Addressed - Unable to Forward." Plaintiff has failed to keep this Court apprised of his current address. Therefore, it is recommended that plaintiff's complaint be dismissed in its entirety, pursuant to Fed. R. Civ. P. 41(b), for failure to prosecute.

NOTICE TO PARTIES: Objections to this Report and Recommendation must be served on opposing parties and filed with the Clerk of the Court within ten (10) days of receipt of

this Report and Recommendation.  28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); W.D. Mich. LCivR 72.3.  Failure to file timely objections constitutes a waiver of any further right to appeal. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).  *See also Thomas v. Arn*, 474 U.S. 140 (1985).

    /s/ Timothy P. Greeley  
TIMOTHY P. GREELEY  
UNITED STATES MAGISTRATE JUDGE

Dated:   May 18, 2009