UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

WILLIAM CRUMP, JR.,

    Plaintiff,

File No: 2:06-CV-266

v.

HON. ROBERT HOLMES BELL

THOMAS PERTTU, et al.,

    Defendants.
_____/

**ORDER APPROVING AND ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On May 18, 2009, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R") recommending that Plaintiff William Crump, Jr.'s prisoner civil rights complaint pursuant to 42 U.S.C. § 1983 be dismissed for failure to prosecute. (Dkt. No. 124.) The Report and Recommendation was duly served on the parties. More than ten days have elapsed since service of the R&R and no objections have been filed. The Court has reviewed the R&R and is satisfied with its disposition of the case. Accordingly,

**IT IS HEREBY ORDERED** that the May 18, 2009, R&R (Dkt. No. 124) is **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's Rule 41(b) motion to dismiss for lack of prosecution (Dkt. No. 117) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's complaint is **DISMISSED**.

Dated: July 13, 2009                                         /s/ Robert Holmes Bell
                                                                           ROBERT HOLMES BELL
                                                                           UNITED STATES DISTRICT JUDGE